UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY RALPH WEAVER, JR.,

        Plaintiff,                            Case No. 1:14-cv-776

v.                                           Honorable Paul L. Maloney

DANIEL HEYNS et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that all of Plaintiff's claims arising under federal law be DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A because they are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994) and/or fail to state a claim.

IT IS FURTHER ORDERED that any claims arising under state law be DISMISSED WITHOUT PREJUDICE because the Court declines to exercise supplemental jurisdiction. 28 U.S.C. § 1367(c)(3).


Dated:  October 2, 2014                /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                    Chief United States District Judge